[Hillsborough, December, 1889.]

### SARGENT INVALID FURNITURE CO. *v.* SARGENT.

BINGHAM, J.   The agreed case is insufficient.   All the material facts necessary for the determination of the questions of law, or the decision of the cause, should appear.

*Case discharged.*

SMITH, J., did not sit: the others concurred.

*E. E. Parker*, *W. L. Foster*, and *G. B. French*, for the plaintiffs.

*J. W. Fellows* and *J. P. Bartlett*, for the defendant.

---

[Hillsborough, June, 1890.]

### METROPOLITAN LIFE INS. CO. *v.* HELMER.

ASSUMPSIT, to recover moneys collected by the defendant as the plaintiffs' agent.   The court stated the accounts between the parties, finding $47.75 due to the defendant, and ordered judgment in his favor for that sum with interest from the date of the writ, subject to the plaintiffs' exception.

*Burnham & Brown*, for the plaintiffs.

*Sulloway & Topliff*, for the defendant.

CARPENTER, J.   No error of law is pointed out by the plaintiffs.

*Exceptions overruled.*

SMITH, J., did not sit: the others concurred.